Chris Campbell
Plaintife

vs

Case # 3:21-cv-05047-MDH

Sig Sauer Inc
Defendant

Motion to Withdraw Without Prejudice

Due to health issues and being without an attorney, I ask for a dismissal without ~~pre~~ prejudice.

Dated 12/9/2022

Chris Campbell
Chris Campbell
417-356-0490

RECEIVED DEC 9 2022 PAIGE WYMORE-WYNN, CLK U.S. DISTRICT COURT WEST DISTRICT OF MISSOURI JB